IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| COMPOSITE TECHNOLOGIES, L.L.C. : | Case No. 3:11-cv-00279 |
| Plaintiff, : | |
| : | DISTRICT JUDGE THOMAS M. ROSE |
| vs. : | |
| INOPLAST COMPOSITES SA DE CV : | |
| Defendant. : | |

### ORDER GRANTING MOTION FOR SPECIAL APPOINTMENT OF PROCESS SERVER TO TRANSMIT PLEADINGS ABROAD FOR SERVICE
(Doc. No. 6)

Plaintiff's Motion for Appointment of process server having been read and considered, and it appearing to the Court that such an appointment should be made,

IT IS HEREBY ORDERED that JOHN PIERCEALL and agents of Ancillary Legal Corporation, are specially appointed, authorized, and directed to prepare and deliver the treaty transmittal documents necessary to accompany the Summons and Complaint in this action for service on the defendant in Mexico to the Mexican Minister of Foreign Affairs pursuant to the Hague Convention (*The Convention on the Service Abroad of Judicial and Extra Judicial Documents in Civil or Commercial Matters, 20 UST 362*)

SO ORDERED, this ___ day of June, 2012.

Thomas M. Rose
United States District Court Judge

w:\wdox\client\565206\00379\00584567.docx